**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JOSE MORALES, *et al.*, | : | CASE NO: 1:25-cv-00069-DRC |
| Plaintiffs, | : | |
| | : | Judge Douglas Cole |
| v. | : | |
| | : | |
| DERRICK KOLLER, et al., | : | **DEFENDANT, WIGGUER LTD'S** |
| Defendants. | : | **ANSWER TO AMENDED COMPLAINT** |
| | : | |

For its Answer to Plaintiffs' First Amended Complaint (the "Complaint"), Defendant WigGuer LTD, doing business as Groundworx Solutions ("Defendant") states as follows:

**JURISDICTION AND VENUE**

1.     Paragraph 1 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 1 of the Complaint.

2.     Paragraph 2 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 2 of the Complaint.

**PARTIES AND BACKGROUND**

3.     To the extent the factual allegations set forth in Paragraph 3 of the Complaint pertain specifically to this answering Defendant, Defendant denies such allegations. Further answering, Defendant states that, to the extent the factual allegations set forth in Paragraph 3 of the Complaint pertain to any other named defendant in this matter, Defendant lacks knowledge or information sufficient to form a belief as to the truth of any such allegations and therefore denies them.

1

4.     Paragraph 4 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 4 of the Complaint.

5.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 of the Complaint, and, therefore, denies them.

6.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6 of the Complaint, and, therefore, denies them.

7.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 of the Complaint, and, therefore, denies them.

8.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 of the Complaint, and, therefore, denies them.

9.     In response to Paragraph 9 of the Complaint, Defendant admits it was formed in August 2024 and that it does business as Groundworx Solutions. Defendant denies any remaining allegations set forth in Paragraph 9 of the Complaint.

10.     Defendant denies the allegations set forth in Paragraph 10 of the Complaint.

11.     Defendant denies the allegations set forth in Paragraph 11 of the Complaint.

12.     Defendant denies the allegations set forth in Paragraph 12 of the Complaint.

13.     Paragraph 13 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 13 of the Complaint.

14.     Defendant denies the allegations set forth in Paragraph 14 of the Complaint.

2

15. Paragraph 15 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 15 of the Complaint.

16. Paragraph 16 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 16 of the Complaint.

17. Paragraph 17 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 17 of the Complaint.

18. To the extent the factual allegations set forth in Paragraph 18 of the Complaint pertain specifically to this answering Defendant, Defendant denies such allegations. Further answering, Defendant states that, to the extent the factual allegations set forth in Paragraph 18 of the Complaint pertain to any other named defendant in this matter, Defendant lacks knowledge or information sufficient to form a belief as to the truth of any such allegations and therefore denies them.

19. To the extent the factual allegations set forth in Paragraph 19 of the Complaint pertain specifically to this answering Defendant, Defendant denies such allegations. Further answering, Defendant states that, to the extent the factual allegations set forth in Paragraph 19 of the Complaint pertain to any other named defendant in this matter, Defendant lacks knowledge or information sufficient to form a belief as to the truth of any such allegations and therefore denies them.

20. To the extent the factual allegations set forth in Paragraph 20 of the Complaint pertain specifically to this answering Defendant, Defendant denies such allegations. Further

answering, Defendant states that, to the extent the factual allegations set forth in Paragraph 20 of the Complaint pertain to any other named defendant in this matter, Defendant lacks knowledge or information sufficient to form a belief as to the truth of any such allegations and therefore denies them.

21. To the extent the factual allegations set forth in Paragraph 21 of the Complaint pertain specifically to this answering Defendant, Defendant denies such allegations. Further answering, Defendant states that, to the extent the factual allegations set forth in Paragraph 21 of the Complaint pertain to any other named defendant in this matter, Defendant lacks knowledge or information sufficient to form a belief as to the truth of any such allegations and therefore denies them.

22. To the extent the factual allegations set forth in Paragraph 22 of the Complaint pertain specifically to this answering Defendant, Defendant denies such allegations. Further answering, Defendant states that, to the extent the factual allegations set forth in Paragraph 22 of the Complaint pertain to any other named defendant in this matter, Defendant lacks knowledge or information sufficient to form a belief as to the truth of any such allegations and therefore denies them.

23. To the extent the factual allegations set forth in Paragraph 23 of the Complaint pertain specifically to this answering Defendant, Defendant denies such allegations. Further answering, Defendant states that, to the extent the factual allegations set forth in Paragraph 23 of the Complaint pertain to any other named defendant in this matter, Defendant lacks knowledge or information sufficient to form a belief as to the truth of any such allegations and therefore denies them.

24.     To the extent the factual allegations set forth in Paragraph 24 of the Complaint pertain specifically to this answering Defendant, Defendant denies such allegations. Further answering, Defendant states that, to the extent the factual allegations set forth in Paragraph 24 of the Complaint pertain to any other named defendant in this matter, Defendant lacks knowledge or information sufficient to form a belief as to the truth of any such allegations and therefore denies them.

25.     To the extent the factual allegations set forth in Paragraph 25 of the Complaint pertain specifically to this answering Defendant, Defendant denies such allegations. Further answering, Defendant states that, to the extent the factual allegations set forth in Paragraph 25 of the Complaint pertain to any other named defendant in this matter, Defendant lacks knowledge or information sufficient to form a belief as to the truth of any such allegations and therefore denies them.

26.     To the extent the factual allegations set forth in Paragraph 26 of the Complaint pertain specifically to this answering Defendant, Defendant denies such allegations. Further answering, Defendant states that, to the extent the factual allegations set forth in Paragraph 26 of the Complaint pertain to any other named defendant in this matter, Defendant lacks knowledge or information sufficient to form a belief as to the truth of any such allegations and therefore denies them.

27.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 of the Complaint, and, therefore, denies them.

28.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 of the Complaint, and, therefore, denies them.

**COUNT ONE: NON-PAYMENT OF WAGES (FLSA)**

29.     Defendant's preceding admissions, denials, and defenses are incorporated herein as if fully rewritten in response to Paragraph 29 of the Complaint.

30.     Paragraph 30 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 30 of the Complaint.

31.     Paragraph 31 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 31 of the Complaint.

32.     Paragraph 32 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 32 of the Complaint.

33.     Paragraph 33 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 33 of the Complaint.

34.     Paragraph 34 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 34 of the Complaint.

35.     Paragraph 35 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 35 of the Complaint.

36.     Paragraph 36 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 36 of the Complaint.

37.     Paragraph 37 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 37 of the Complaint.

## COUNT TWO: OHIO MINIMUM WAGE VIOLATIONS

38.     Defendant's preceding admissions, denials, and defenses are incorporated herein as if fully rewritten in response to Paragraph 38 of the Complaint.

39.     Paragraph 39 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 39 of the Complaint.

40.     Paragraph 40 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 40 of the Complaint.

41.     Paragraph 41 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 41 of the Complaint.

42.     Paragraph 42 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 42 of the Complaint.

43.     Paragraph 43 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 43 of the Complaint.

44.     Paragraph 44 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 44 of the Complaint.

45.     Paragraph 45 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 45 of the Complaint.

46.     Paragraph 46 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 46 of the Complaint.

### COUNT THREE: ORC 4113.15 VIOLATIONS

47.     Defendant's preceding admissions, denials, and defenses are incorporated herein as if fully rewritten in response to Paragraph 47 of the Complaint.

48.     Paragraph 48 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 48 of the Complaint.

49.     Paragraph 49 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 49 of the Complaint.

50. Due to misleading or incomplete statements therein, Defendant denies the allegations set forth in Paragraph 50 of the Complaint. Defendant denies any obligation to pay any amount to Plaintiffs.

51. Due to misleading or incomplete statements therein, Defendant denies the allegations set forth in Paragraph 51 of the Complaint. Defendant denies any obligation to pay any amount to Plaintiffs.

52. Paragraph 52 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 52 of the Complaint.

## COUNT FOUR: BREACH OF CONTRACT

53. Defendant's preceding admissions, denials, and defenses are incorporated herein as if fully rewritten in response to Paragraph 53 of the Complaint.

54. To the extent the factual allegations set forth in Paragraph 54 of the Complaint pertain specifically to this answering Defendant, Defendant denies such allegations. Further answering, Defendant states that, to the extent the factual allegations set forth in Paragraph 54 of the Complaint pertain to any other named defendant in this matter, Defendant lacks knowledge or information sufficient to form a belief as to the truth of any such allegations and therefore denies them.

55. To the extent the factual allegations set forth in Paragraph 55 of the Complaint pertain specifically to this answering Defendant, Defendant denies such allegations. Further answering, Defendant states that, to the extent the factual allegations set forth in Paragraph 55 of the Complaint pertain to any other named defendant in this matter, Defendant lacks knowledge or

information sufficient to form a belief as to the truth of any such allegations and therefore denies them.

56.     To the extent the factual allegations set forth in Paragraph 56 of the Complaint pertain specifically to this answering Defendant, Defendant denies such allegations. Further answering, Defendant states that, to the extent the factual allegations set forth in Paragraph 56 of the Complaint pertain to any other named defendant in this matter, Defendant lacks knowledge or information sufficient to form a belief as to the truth of any such allegations and therefore denies them.

57.     Paragraph 57 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 57 of the Complaint.

58.     Paragraph 58 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 58 of the Complaint.

59.     Paragraph 59 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 59 of the Complaint.

### COUNT FIVE: QUANTUM MERUIT – UNJUST ENRICHMENT

60.     Defendant's preceding admissions, denials, and defenses are incorporated herein as if fully rewritten in response to Paragraph 60 of the Complaint.

61.     Paragraph 61 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 61 of the Complaint.

62.     Paragraph 62 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 62 of the Complaint.

63.     Paragraph 63 of the Complaint sets forth conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 63 of the Complaint.

## GENERAL DENIAL

64.     All allegations not expressly and specifically admitted in the preceding paragraphs are hereby denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1.     Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

2.     If Plaintiffs sustained the damages alleged in the Complaint, the same were the result, in whole or in part, of an intervening and/or superseding cause for which Defendant is not responsible or liable.

### THIRD AFFIRMATIVE DEFENSE

3.     Even if Plaintiffs' allegations were true, in whole or in part, Plaintiffs suffered no losses, damages, or detriment as a result of any alleged acts, omissions, or other conduct of Defendant.

### FOURTH AFFIRMATIVE DEFENSE

4.     Plaintiffs lack standing to assert claims against Defendant.

11

**FIFTH AFFIRMATIVE DEFENSE**

5.      Defendant did not employ any of the Plaintiffs, directly or indirectly, and thus owed no obligations under the Fair Labor Standards Act, Ohio law, or under contract.

**SIXTH AFFIRMATIVE DEFENSE**

6.      Plaintiffs' claims against Defendant are temporally impossible.

**SEVENTH AFFIRMATIVE DEFENSE**

7.      Plaintiffs' claims may be barred by the doctrines of waiver, estoppel, and/or laches.

**ELEVENTH AFFIRMATIVE DEFENSE**

8.      Plaintiffs' claims are barred by the existence of any and all other affirmative defenses available to Defendant pursuant to the Ohio Rules of Civil Procedure.  These affirmative defenses are adopted and reiterated herein as if fully set out and made applicable to the facts of this Action.  Defendant hereby preserves such affirmative defenses should the facts of this Action develop, through investigation and discovery, so as to render these affirmative defenses applicable.  Defendant reserves the right to amend its Answer and assert such defenses.

**WHEREFORE**, Defendant requests that this Court dismiss Plaintiffs' Amended Complaint with prejudice and award Defendant its costs and fees incurred in defending this Action, as well as any other relief that this Court deems just and appropriate.

Respectfully submitted,

/s/ Ilana L. Linder
Ilana L. Linder      (0095622)
MANLEY BURKE, LPA
225 W Court Street
Cincinnati, Ohio 45202
Phone: (513) 721-5525 (x222)
Fax: (513) 721-4268
Email: ilana.linder@manleyburke.com
*Attorney for Defendant, WigGuer LTD*

12

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 27, 2025, a true copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/* Ilana L. Linder
Ilana L. Linder     (0095622)

13